585 A.2d 354

STATE OF NEW JERSEY v. BLUE AND WHITE DISPOSAL, INC.

July 17, 1990.

Petition for certification denied.

585 A.2d 355

STEVEN M. HOUGHTALING v. COUNTY OF MIDDLESEX, MIDDLESEX COUNTY PROSECUTOR'S OFFICE, ET AL.

July 17, 1990.

Petition for certification denied.

585 A.2d 355

RONALD L. LUEDDEKE v. INEZ HORTON GAY.

July 17, 1990.

Petition for certification denied.

585 A.2d 355

STATE OF NEW JERSEY v. ALVIN HUNTER.

July 17, 1990.

Petition for certification denied.